William C. Jeanney, Esq.
California State Bar No. 122585
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993

*Attorneys for Plaintiff*

Gayle K. Tonon, Esq.
California State Bar No. 110427
Tonon & Associates
Post Office Box 2536
Truckee, California 96160
Telephone No. (530) 587-0333
Facsimile No. (530) 587-1545

*Attorneys for Defendants*
*Richard Ortiz, City of Altruas and Altruas City Police Department*

FILED
MAR 24 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TYLER B. QUINN,

    Plaintiff,

v.

RICHARD ORTIZ, individually and in his official capacity; and CITY OF ALTURAS, ex rel. the ALTURAS CITY POLICE DEPARTMENT,

    Defendants.

Case No. 2:14-CV-00744-JAM-CMK

**STIPULATION AND ORDER TO EXTEND DEADLINES**

COME NOW the parties by and through their attorneys and hereby stipulate to extend the current discovery deadlines as follows:

| Description | Current Deadline | New Deadline |
| --- | --- | --- |
| Expert Disclosures | 4/03/15 | 6/15/15 |
| Rebuttal Disclosures | 4/10/15 | 7/15/15 |

-1-

Our File No. 202466

| | | |
|---|---|---|
| Discovery Deadlines | 6/05/15 | 8/15/15 |

The parties have been diligent in pursuing discovery and both have taken depositions. Written discovery has been propounded and answered by both parties.

Plaintiff's counsel has the following trials that he has been preparing for:

1. *Fansler v. Golden Road*, 2nd Judicial District Court Case Number CV13-02297. Trial is to begin April 13, 2015 through April 20, 2015.

2. *Fisher v. Demarcas*, Superior Court of California, County of Contra Costa, Case Number MSC13-01377. Trial is to begin April 13, 2015 through April 17, 2015. With an Issues conference scheduled for March 19, 2015.

3. *Carlson v. Sierra Nevada Construction, Inc.*, 2nd Judicial District Court Case Number CV12-02585. Trial is scheduled for two weeks beginning April 27, 2015.

4. *Kaufman v. Public Restroom*, 2nd Judicial District Court Case Number CV11-01355. Trial is scheduled to begin May 4, 2015.

In addition Plaintiff's counsel had a mediation last week and has been in Salt Lake City this week for various depositions.

Defendants' counsel has a trial, *Spann v. Grass Valley School District, et al.* Nevada County Superior Court Case Number CU14-080361. This trial is to begin March 17, 2015 and is anticipated to last at least a month.

Therefore the parties need to extend the discovery to allow more time to complete the same.

Dated this 19th day of March 2015.

BRADLEY, DRENDEL & JEANNEY

William C. Jeanney, Esq.
Attorney for Plaintiff, Tyler Quinn

Dated this 11 day of March 2015.

-2-

Our File No. 202466

TONON & ASSOCIATES

_____
Gayle K. Tonon, Esq.
Attorneys for Defendants, Richard Ortiz, City of Alturas and Alturas City Police Department

IT IS SO ORDERED:

Dated this 24th day of March 2015.

_____
United States District Judge

-3-

BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999

Our File No. 202466