1   Law Offices of
    **TONON & ASSOCIATES**
2   Post Office Box 2536
    Truckee, California 96160
3        Tel. (530) 587-0333
         Fax. (530) 587-1545
4   Gayle K. Tonon, Esq. (SBN 110427)

5   Attorneys for Defendants:
    Richard Ortiz, City of Alturas and
6   Alturas City Police Department

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYLER B. QUINN, | Case No. 2:14-cv-00744-JAM-CMK |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| RICHARD ORTIZ, individually and in his official capacity; and CITY OF ALTURAS, *ex rel*. the ALTURAS CITY POLICE DEPARTMENT, | COMPLAINT FILED:  03/20/2014<br>TRIAL DATE:       Vacated |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 14, 2015        **BRADLEY, DRENDEL AND JEANNEY**

                                 /s/William C. Jeanney
                            By: _____
                                 WILLIAM C. JEANNEY, ESQ.
                                 Attorney for Plaintiff,
                                 TYLER B. QUINN

_____

-1-

STIPULATION OF DISMISSAL

```
Dated: September 17, 2015        TONON & ASSOCIATES


                                         /s/Gayle K. Tonon
                                 By: _____
                                     GAYLE K. TONON, ESQ.
                                     Attorney for Defendants,
                                     RICHARD ORTIZ, CITY OF
                                     ALTURAS and ALTURAS CITY
                                     POLICE DEPARTMENT



IT IS SO ORDERED.


DATED: 9/17/2015                 /s/ John A. Mendez_____
                                 HONORABLE JOHN A. MENDEZ
                                 U. S. District Court Judge
```

(CAL1401)P070115.StipDismissal

---

-2-

STIPULATION OF DISMISSAL